UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 1 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANTHONY R. ROMERO, )
 )
Petitioner, )
 )
v. ) Civil Action No. 08-0417 (RJL)
 )
U.S. ATTORNEY GENERAL, )
 )
Respondent. )

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 17th day of March 2008,

**ORDERED** that this case is **DISMISSED** without prejudice for want of jurisdiction. This is a final appealable Order.

_____
RICHARD J. LEON
United States District Judge