RECEIVED

MAY 1 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

District Court of the United States

For the District of Columbia

(Captioned pursuant to Mookini v. U.S., 303 U.S. 201)

Anthony R. Romero
    Petitioner-Affiant    :

        :

v.              :  Case No. 1:08-CV-00417

        :       Leon Richard J.

UNITED STATES ATTORNEY GENERAL, :
et al.

        :

    Defendant-Respondent    :

        :

oOo

## B Y   S P E C I A L   A P P E R A N C E
## A F F I D A V I T   O F   F A C T U A L   I N N O C E N S E

oOo

To the Honorable Court and Judge,

    I, Anthony R. Romero, hereinafter "Affiant" having been duly sworn, declare under the pains and penalties of purjury of the de jure united States of America that there has been NO RES-PONSE by the defendants in this cause of action.

    All defendants had Sixty (60) days upon which to respond, and/or collaterally attack the claims presented in the Rule 60 (b) application, but have shosen to remain silent thereby granting to the relator herein a Declaratory Judgment to the benefit of your Affiant.

    All defendants both individually and severally have failed to perform to the terms as presented in the Summonses sent to their office in their personal and public capacity.

## CONCULSION and REMEDY

DISMISS PURSUANT TO FRCVP-12(b)(6)                    "Within Admiralty"

Now comes the Affiant (SecuredParty), Pro-Per, by special visitation, and respectfully moves this court to enter its order dismissing this matter case pursuant to FRCVP-12(b)(6) - Failure to state a claim upon which relif can be granted, a judgment in Estoppel against the Respondents/Defendents when they **did not** settle this matter/case in the private[1] venue prior to any public adjuication (inequitanle). Affiant's (Secured Party) adminstrative remedy is RES JUDICATION and STARE DECISIS. See MCCALL vs. BARRON, Case No: 5:05-cv-186 (N.D. Fla 2005).

## NOTICE:

Adams Supra @35

Since the government had not accepted jurisdiction in the manner requested by the act, the Federal Court had NO Jurisdiction of this Proceedings

In the view it is immateral that Louisiana Statues authorized the government to take Jurisdiction.

Since at the critical time the Jurisdiction had not been taken.

ARTICLE VI - U.S. CONSTITUTION; This Constitution, and of the United States which shall be made in Pursuance thereof... shall be the supreme law of the land; and the judges in every State shall be bound thereby, any Thing in the Constitution or Laws of the any States to the contrary notwithstanding.

----------
[1]
Take Judicial Notice that pursuant to Federal Rules of Evidence 902(9) the matter is governmingt by commercial law. See Erie Railroad Co. 304 US 64 (1938) Rule 302 (1-202, 3-307, and 3-510).

"As a matter of due process, an offender may not be sentenced on the basis of mistaken facts or unfounded assumptions." <u>Townsend v. Burk</u>, 334 U.S. 736, 740-741 (1948)

"Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the Law." In re McCOWAN, 177 c.93, 170P. 1100. (1917)

"An officer who acts in violation of the Constitution ceases to represent the government." <u>Brookfield Const. Co. v. Stewart,</u> 284 F. Supp.94.

"As a matter of due process, an offender may not be sentenced on the basis of mistaken facts or unfounded assumptions." TOWNSEND v. BURKE, 334 U.S. 736, 740-741 (1048)


MEMORANDUM OF RECORD; "...an instrument embodying something that the parties desire to fix in memory by the aid of written evidence, or that is the basis of a future formal contract, the designation of the written agreement, which must exist to bind the parties.

AS TO SIGNATURES;  See accommodation - UCC-3-419.


Undersigned Affiant (Secured Party) herein has the right to exercise remedy via Tort Claim for any and all agreed, stipulated and confessed injuries including but not limited to violation of Oath of Office (to Supreme Law of the Land), violation of Due Process of Law, Misapplication of statute, constitutional impermissible application of statute and law, fraud, fraud of scienter and otherwise.

Affiant hereby declares his factual innocense because:

> "Silence can only be equated with fraud (dolus)
> where there is a legal or moral duty to respond,
> or where an inquiry left unanswered would be
> intentionally misleading." U.S. v. Pruden, 424
> F.2d 1021 (1970)

Under the authority of the Administrative Procedures Act 5 U.S.C. § 556(D) Burden of Proof, "The proponent of a Rule or order bears the burden of Proof." The Supreme Court of the United States has stated that "if any tribunal (court) finds that there is an absence of jurisdiction over the person and of subject-matter, the case must be dismissed."

Affiant states that the defendants by their actions/inactions have all together and individually agreed and or consented with the stipulated that they not the UNITED STATES DISTRICT COURT FOR THE          DISTRICT OF Kansas., did not possess and do not possess subject-matter or personal jurisdiction over the criminal action.

Affiant states that the proper course of action for this Honorable Court would be to issue a vacature of judgment and release the Affiant from imprisonment as he is factually innocent due to a leck of both personal and subject matter jurisdiction.

WHEREFORE, Affiant Anthony R. Romero , pro per, declares under the pains and penalties of purjuery that he is factually innocent due to a lack of subject-matter and personal jurisdiction.

Done this _12_ day of ___May____ 2008 C.E.

                    Respectfully,


                                        , pro per

## NOTARIZED OATH

### VERIFICATION OF IDENTITY

Anthony R. Romero #19267-031    , first being duty sworn, deposes
and says: that he/she is the affiant herein, and that he/she has
raed the forgoing **NOTICE OF AFFIDAVIT OF** 60(b)(4) Void Judgment
for the release submitted to the agency listed on the coverpage
thereof. That the Identification and Data Submited for this request
is true and correct upon the personal knowledge of the affiant and
the verifiable identifiaction is submitted herein.

"Without Prejudice"

Anthony R. Romero
REQUESTOR / Affiant

### JURAT

I the below scribed Notary Public do hereby and herewith
certify that the foregoing Affidavit of Denial of Corporate
Existence was scribed and sworn to before me on this  8  day
of _____ 20 0 . C.E.

Notary Public
My Commission Expires: _with life_

Cindy Fontenot, Notary Public
#061653
Allen Parish, Louisiana
My commission is for life.

## CERTIFICATE OF SERVICE

I, Anthony R. Romero    , hereby cartify that on this 12
day of ___May___ 20 08 that I mailed the foregoing true
and correct copy of AFFIDAVIT OF FACTUAL INNOCENSE ; By
Special Appearance, by way of first class, postage pre-paid,
United States mail to the following:


United States Attorney

D. Blair Watson — ASSISTANT
1200 Epic Center
Wichita, Kansas 67202

**Judge- Wesley E. Brown**

United States District Court

204 United States Courthouse
401 North Market Street
Wichita, Kansas 67202-2000


Independent 3rd Party (even as Notary)




_Anthony R. Romero_
                    , sui juris
Authorized Representative
A Free and Sovereign Man